This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SHARON JORDON,**

Plaintiff-Appellant,

v.                                                    **NO. 30,088**

**TEN THOUSAND WAVES, INC.**
**and DUKE KLAUCK,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Daniel A. Sanchez, District Judge**

Voorhees Law Firm, P.C.
Scott F. Voorhees
Santa Fe, NM

for Appellant

Hinkle, Hensley, Shanor & Martin, LLP
Dana Simmons Hardy
William P. Slattery
Santa Fe, NM

for Appellees

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**RODERICK T. KENNEDY, Judge**

2